JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
U.S. Attorney's Office
312 North Spring Street, 11th Floor
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 22-00080-DMG |
| v. | |
| WAYNE NIX, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

CRIMINAL UNDER SEAL DOCUMENTS: EX PARTE APPLICATION, AND PROPOSED ORDERS

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

| June 1, 2022 | JEFF MITCHELL |
|---|---|
| Date | Attorney Name |
| | Plaintiff |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)        **NOTICE OF MANUAL FILING OR LODGING**